UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROC OPCO LLC d/b/a ROC SKINCARE,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES, 1-10,<br><br>Defendants. | Case No.  1:24-cv-02615<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO SERVE SUBPOENAS PRIOR TO RULE 26(f) CONFERENCE** |

This matter comes before the Court upon the Motion of Plaintiff RoC Opco LLC d/b/a RoC Skincare ("RoC" or "Plaintiff") (Dkt. 6 ) for of an order granting it leave to serve third-party subpoenas (*see* Dkt. 7, at Exhibits 1-3) prior to Rule 26(f) Conference.

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED.**

**IT IS HEREBY FURTHER ORDERED** that Plaintiff is granted leave to serve subpoenas on non-parties demonstrated by Plaintiff to be likely to possess documents and information related to identifying John Doe Defendants.

**IT IS SO ORDERED.**

Dated:  New York, New York
            April 23, 2024

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE